| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

United States of America, *ex rel.*, §
Dennis Barson, §
§
      Plaintiffs, §
§
*versus* §    Civil Action H-12-2966
§
Robert Brodsky, *et al.*, §
§
      Defendants. §

## Order Staying Case

1. This case is stayed.

2. By January 11, 2017, the parties will jointly report the status of this case.

Signed on November 10, 2016, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge